1006

[No. 60852-5-I. Division One. January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE ARNOLD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02354-9, Mary Yu, J., entered November 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60906-8-I. Division One. January 12, 2009.]

*In the Matter of the Parentage of* R.D.C.

JAMES D. CHRISTIANSON, *Appellant*, v. SEDERIS W. WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-5-00795-6, Jim Rogers, J., entered October 29, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60914-9-I. Division One. January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMER KARAWI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09379-5, Bruce W. Hilyer, J., entered November 9, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60998-0-I. Division One. January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE LEE KIBBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01921-5, Richard D. Eadie, J., entered December 3, 2007. *Affirmed* by unpublished per curiam opinion.